Commonwealth *v.* Terry, Appellant.

Submitted June 11, 1969. *John W. Packel* and *Melvin Dildine,* Assistant

Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.